IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 7, 2008

Charles R. Fulbruge III
Clerk

No. 08-10085
Summary Calendar

———————

BORIS TWAIN CLEWIS,

Plaintiff-Appellant,

v.

SCOTT K. BOATES; RORY R. OLSEN, Judge;
LINEBARGER GOGGAN BLAIR & SIMPSON, LLP; JAMES M. FILER, SR.;
PETER T. STEINMANN; J.W. DON JOHNSON,

Defendants-Appellees.

———————

Appeal from the United States District Court
for the Northern District of Texas
No. 1:07-MC-6

———————

Before SMITH, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM:[*]

Boris Clewis, a state prisoner, sued, pro se, various defendants for alleged

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

violation of an automatic stay in bankruptcy. The district court dismissed the complaint for failure to state a claim. We find no error and affirm.

The complaint is rambling and difficult if not impossible to understand. Plaintiff asserts that he has an interest in the estate of Redell Clewis, Sr. The defendants include the estate's administrator, a law firm that collects delinquent taxes, an attorney for Martha Clewis, an attorney for Kimberly Clewis-James, and an attorney for Redell Clewis, Jr. The plaintiff makes an incoherent claim to the delinquent taxes, penalties, and interest on certain property. He also seems to suggest that there were foreclosure actions and other actions by the defendants that somehow violated the automatic stay. He does not articulate, with any degree of clarity, exactly what the actions were or how they are alleged to have violated the automatic stay. Plaintiff also requests the appointment of counsel.

The district court correctly dismissed for failure to state a claim. Its actions are in all respects AFFIRMED.